THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FREDERICK O'NEILL REIFER, Appellant.— Appeal by defendant from a judgment of the Supreme Court, Queens County, rendered August 7, 1963 on his plea of guilty, convicting him of attempted violation of subdivision 3 of section 1751

of the Penal Law (relating to narcotic drugs), and resentencing him as a second felony offender. Judgment affirmed. Defendant's sole contention is that he should have been sentenced as a first felony offender because his prior Federal conviction for selling, dispensing and distributing narcotic drugs, in violation of the Federal law (U. S. Code, tit. 26, §§ 4701, 4703, 4704a, 4771a, 7237a), was not of felony grade. In our opinion, the defendant's earlier Federal conviction was properly counted as a prior felony offense, and the elements of "dispensing and distributing" narcotic drugs, charged therein, were acts which would also be felonious, if committed in this jurisdiction (*People* v. *Garland*, 20 A D 2d 822). Christ, Acting P. J., Hill, Rabin, Hopkins and Benjamin, JJ., concur.